UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 1 4 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN HIGINIO ALVARADO (1) and<br>JUAN JOSE NUNEZ-RUVALCABA (2)<br><br>Defendant. | CRIMINAL NO. SA20CR0473JKP<br>**INDICTMENT**<br><br>[Counts 1 – 5: Vio. 18 U.S.C. §§ 922(a)(6) and 924(a)(2), False Statement During Purchase of a Firearm;<br>Count 6: Vio. 18 U.S.C. §922(d)(5)(A) and (B) Sale or Transfer to a Prohibited Person;<br>Count 7: Vio. 18 U.S.C. §554 and 2, Smuggling Goods from the United States] |

THE GRAND JURY CHARGES:

## COUNT ONE
## [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about July 26, 2019, in the Western District of Texas, Defendant,

**JUAN HIGINIO ALVARADO (1),**

in connection with the acquisition of a firearm, namely: A Glock pistol, Model: 19Gen3, 9mm caliber, Serial Number XBE323 from Dury's Gun Shop, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Dury's Gun Shop, Inc., which statement was intended and likely to deceive Dury's Gun Shop, Inc., as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee and buyer of the said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
### [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about August 9, 2019, in the Western District of Texas, Defendant,

**JUAN HIGINIO ALVARADO (1),**

in connection with the acquisition of firearms, namely:

1. A Glock pistol, Model: 42, 380 automatic caliber, Serial Number ABVH036;

2. A Glock pistol, Model 19GEN4, 9x19 caliber; Serial Number BDMK371; and

3. A Glock pistol, Model 43X, 9x19 caliber; Serial Number BKXX301

from Action Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Action Pawn, which statement was intended and likely to deceive Action Pawn, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee and buyer of the said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
### [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about August 21, 2019, in the Western District of Texas, Defendant,

**JUAN HIGINIO ALVARADO (1),**

in connection with the acquisition of a firearm, namely: A Glock pistol, Model: 17, 9mm caliber, Serial Number MNH006 from Dury's Gun Shop, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Dury's Gun Shop, Inc., which statement was intended and likely to deceive Dury's Gun Shop, Inc., as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant

represented that he was the actual transferee and buyer of the said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
### [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about September 4, 2019, in the Western District of Texas, Defendant,

**JUAN HIGINIO ALVARADO (1),**

in connection with the acquisition of firearms, namely:

1. A Glock pistol, Model 17GEN4, 9x19 caliber; Serial Number BGMT912; and
2. A Glock pistol, Model 17GEN4, 9x19 caliber; Serial Number BBBR694

from Action Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Action Pawn, which statement was intended and likely to deceive Action Pawn, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee and buyer of the said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
### [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about September 11, 2019, in the Western District of Texas, Defendant,

**JUAN HIGINIO ALVARADO (1),**

in connection with the acquisition of a firearm, namely: A Taurus, Model: G2C, 9mm pistol, Serial Number TMR20184 from A Place to Shoot, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to A Place to Shoot, which statement was intended and likely to deceive A Place to Shoot, as to a fact material to the lawfulness of such sale and acquisition of the said

firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee and buyer of the said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## ] COUNT SIX
### [18 U.S.C. §922(d)(5)(A) & (B)]

That beginning on or about the July 26, 2019 and continuing on through September 11, 2019, in the Western District of Texas, the defendant,

**JUAN HIGINIO ALVARADO (1),**

knowingly disposed of by transferring the firearms, namely:

1) A Glock pistol, Model: 19Gen3, 9mm caliber, Serial Number XBE323;
2) A Glock pistol, Model: 42, 380 automatic caliber, Serial Number ABVH036;
3) A Glock pistol, Model 19GEN4, 9x19 caliber; Serial Number BDMK371;
4) A Glock pistol, Model 43X, 9x19 caliber; Serial Number BKXX301;
5) A Glock pistol, Model: 17, 9mm caliber, Serial Number MNH006;
6) A Glock pistol, Model 17GEN4, 9x19 caliber; Serial Number BGMT912;
7) A Glock pistol, Model 17GEN4, 9x19 caliber; Serial Number BBBR694; and
8) A Taurus, Model: G2C, 9mm pistol, Serial Number TMR20184

to "Juan Jose Nunez-Ruvalcaba" knowing and having reasonable cause to believe that "Juan Jose Nunez-Ruvalcaba" was then an alien illegally and unlawfully in the United States and was admitted under a nonimmigrant visa, in violation of Title 18, United States Code, Sections 922(d)(5)(A) and (B) and 924(a)(2).

## COUNT SEVEN
### [18 U.S.C. §554 and 18 U.S.C. §2]

That beginning on or about the July 26, 2019 and continuing on through September 11, 2019, in the Western District of Texas, the defendants,

**JUAN HIGINIO ALVARADO (1) and**
**JUAN JOSE NUNEZ-RUVALCABA (2),**

did knowingly and unlawfully aid and abet the exportation and attempted exportation from the United States of any merchandise, article, or object, namely: multiple firearms, including the following:

1) A Glock pistol, Model: 19Gen3, 9mm caliber, Serial Number XBE323;
2) A Glock pistol, Model: 42, 380 automatic caliber, Serial Number ABVH036;
3) A Glock pistol, Model 19GEN4, 9x19 caliber; Serial Number BDMK371;
4) A Glock pistol, Model 43X, 9x19 caliber; Serial Number BKXX301;
5) A Glock pistol, Model: 17, 9mm caliber, Serial Number MNH006;
6) A Glock pistol, Model 17GEN4, 9x19 caliber; Serial Number BGMT912;
7) A Glock pistol, Model 17GEN4, 9x19 caliber; Serial Number BBBR694; and
8) A Taurus, Model: G2C, 9mm pistol, Serial Number TMR20184,

contrary to any law or regulation of the United States, and **JUAN HIGINIO ALVARADO** (1) did in any manner facilitate the transportation, concealment, or sale of said firearms prior to exportation knowing that the firearms were intended for export, the exportation and attempted exportation being contrary to any law or regulation of the United States, in that neither **JUAN HIGINIO ALVARADO** (1), nor the individual to whom he delivered the firearms to, **JUAN JOSE NUNEZ-RUVALCABA** (2), had obtained a license or written authorization for such export, in violation of Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, & 738, Supplement 1, all in violation of Title 18, United States Code, Sections 554(a) and 2.

A TRUE BILL.

███████████████
FOREPERSON

GREGG N. SOFER
United States Attorney

By: _____
PRISCILLA GARCÍA
Assistant United States Attorney

5